# United States District Court
# For The Western District of North Carolina
# Asheville Division

Antonio M. Ortiz and Ludy Escoto,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                     1:09-cv-313-GCM

Daniel Merrill, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 1, 2009 Order.

Signed: September 2, 2009

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court